**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **JECENTA EMETAZI** | **CASE NO. 3:26-CV-03742 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN RICHWOOD CORRECTIONAL CENTER ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 25], together with objections filed by Petitioner Jecenta Emetazi [Doc. No. 26], and after a *de novo* review of the record, and determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Respondents' Motion to Dismiss [Doc. No. 18] is **GRANTED** and Jecenta Emetazi's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

MONROE, LOUISIANA, this 25th day of November, 2026.

Terry A. Doughty
United States District Judge